IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LEONEL LOPEZ ET AL. <br> Plaintiffs, <br><br> V. <br><br> AMERICAN ENTERPRISES <br> INTERNATIONAL, INC. <br> Defendant, | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION No. 7:15-250 |

## PLAINTIFF'S NOTICE OF NONSUIT

Now comes the above Plaintiffs in the above suit, who file this NOTICE OF NONSUIT against AMERICAN ENTERPRISES INTERNATIONAL INC., and who requests that this Court dismiss PLAINTIFFS' claims against the Defendant with prejudice.

/s/ Sameer Ahmed
Ahmed, Alexander, & Molina LLP
State Bar 24070287
Federal I.D. Number:
4009 S. Sugar Rd.
Edinburg, Texas 78539
Ph. 956-391-2754
Fax 956-391-2755
sameer@aamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via:

**Email and Fax to**

        Daniel G. Gurwitz
        Atlas, Hall, & Rodriguez LLC
        P.O. Drawer 3725 (78502)
        818 West Pecan Blvd.
        McAllen, Texas 78501
        Ph. (956) 682-5501
        Fax (956) 686-6109

        Rex N. Leach
        Atlas, Hall, & Rodriguez LLC
        P.O. Drawer 3725 (78502)
        818 West Pecan Blvd.
        McAllen, Texas 78501
        Ph. (956) 682-5501
        Fax (956) 686-6109

/s/ Sameer Ahmed