IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LEONEL LOPEZ ET AL.<br>Plaintiffs, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION No. 7:15-250 |
| AMERICAN ENTERPRISES<br>INTERNATIONAL, INC.<br>Defendant, | §<br>§ | |

## NOTICE OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), now comes the Plaintiffs in the above suit and Defendant represented by their attorneys of record who sign and file this STIPULATION OF DISMISSAL dismissing all claims and issues against the Defendant with prejudice.

_____          Date: 9-30-15
Sameer Ahmed for Plaintiffs
Leonel Lopez and Lorena Lopez
4009 S. Sugar Rd.
Edinburg, Texas 78539
Ph. 956-391-2754
Fax 956-391-2755


_____          Date: 9-30-15
Daniel G. Gurwitz for Defendant
American Enterprises International Inc.
818 West Pecan Boulevard
McAllen, Texas 78501

Ph. 956-682-5501
Fax 956-686-6109